461 A.2d 880

Evans, Appellant v. Vernon, et al., v. Williams.
Petition for Allowance of Appeal Denied Sept. 20, 1983.

Argued February 22, 1983. Samuel

Joseph Davis, for appellant; William M. Radcliffe, for appellees.

Before SPAETH, BROSKY and JOHNSON, JJ.

Judgment affirmed.

SPAETH, J., concurred in the result.